# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SHIRLEY A. JACKSON,

Appellant,

v.

CHAVVIS CAMPBELL,

Appellee.

No. 2D23-1587

_____

March 1, 2024

Appeal from the Circuit Court for Hillsborough County; Denise A. Pomponio, Judge.

Shirley A. Jackson, pro se.

Rachael Alexander of Law Office of Elizabeth Devolder, PLLC, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.